**Norman H. COHEN, ED.D., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5135.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2013.

Matthew J. Dowd, Wiley Rein LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Paul M. Kim.

David M. Ruddy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, John J. Fargo, Director, and John A. Hudalla, Attorney.

LOURIE, MAYER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**